UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENNIFER LEVINE,　　　　　　　　　　　　　　　　　PROPOSED DISCOVERY
　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAN
　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　　　　CV 10-03135
-against-

JOHNSON & JOHNSON,

　　　　　　　　Defendant.
-----------------------------------------------------------------X

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties propose the following discovery plan for the above referenced matter:

| | |
|---|---|
| Initial Disclosures served: | December 3, 2010 |
| Date for service of initial document production demands and interrogatory requests with responses served within thirty (30) days: | January 10, 2011 |
| Deadline for motions to amend pleadings including joinder of additional parties: | March 1, 2011 |
| Depositions of fact witnesses: | May 16, 2011 |
| Factual discovery complete: | June 3, 2011 |
| Plaintiff's expert report exchanged: | June 3, 2011 |
| Defendant's expert report exchanged: | July 5, 2011 |
| Expert discovery complete: | August 8, 2011 |
| Deadline for seeking approval to file any motion for summary judgment: | September 1, 2011 |
| Date for submission of pre-trial order: | November 1, 2011 |

Electronically stored information ("ESI") shall be produced on compact disc or in hard paper copy when specifically requested or referenced in a demand.

Dated: November 4, 2010

*/s/ John Winter*

John Winter
Patterson Belknap Webb & Tyler LLP
Attorneys for Defendant
JOHNSON & JOHNSON
1133 Avenue of the Americas
New York, NY 10036
212-336-2000

*/s/ Veronica Renta Irwin*

Veronica Renta Irwin
IRWIN & STREINER
Attorneys for Plaintiff
JENNIFER LEVINE
1180 Northern Blvd, Suite 203
Manhasset, New York 11030
516-801-4990